DOCUMENTS UNDER SEAL ☐ TOTAL TIME (mins): 15 M

| | | |
|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Karen L. Hom | REPORTER/FTR<br>FTR: 10:01-10:16 |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | DATE<br>April 17, 2017 | NEW CASE ☐ / CASE NUMBER<br>3:17-cr-00175-CRB-1 |

**APPEARANCES**

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | |
|---|---|---|---|---|---|
| Eric Worthen | 45 | N | P | Shilipi Agarwal, spec appear | PD. ☒ RET. ☐ APPT. ☐ |

| | | | |
|---|---|---|---|
| U.S. ATTORNEY<br>Susan Badger/Will Frentzen | INTERPRETER | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Katrina Chu | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

**PROCEEDINGS SCHEDULED TO OCCUR**

| | | | | |
|---|---|---|---|---|
| ☒ INITIAL APPEAR<br>2 M | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>13 M | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

**ARRAIGNMENT**

| | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

**RELEASE**

| | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 50,000 p/r | SPECIAL NOTES | ☐ PASSPORT SURRENDERED<br>DATE: |

| | | |
|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |

| | | | | | |
|---|---|---|---|---|---|
| ☐ MOTION FOR DETENTION | ☒ ~~PRETRIAL SERVICES REPORT~~ Post Bail Report | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| | | | | |
|---|---|---|---|---|
| TO:<br>04/19/17 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT:<br>9:30 AM | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ ~~STATUS~~ Enter Plea |
| BEFORE HON.<br>Spero | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Mr. Worthen shall appear on 4/25/17 at 1:30 PM before Judge Breyer for Status. Defendant shall report to USM for processing.

cc: JCS, LS

DOCUMENT NUMBER: