**FILED**

AUG 30 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEN TURNER AND LANCE TURNER,<br><br>Defendants. | Case No. 17-cr-00175-CRB-1<br><br>**VERDICT FORM** |

We, the jury in the above-entitled case, unanimously find the defendant, LEN TURNER:

_____ (GUILTY/NOT GUILTY) of the charge of Conspiracy to Defraud the United States, in connection with the United States Department of Energy Building 84 construction contract at Lawrence Berkeley National Lab, as set forth in the Indictment.

We, the jury in the above-entitled case, unanimously find the defendant, LANCE TURNER:

**NOT GUILTY** (GUILTY/**NOT GUILTY**) of the charge of Conspiracy to Defraud the United States, in connection with the United States Department of Energy Building 84 construction contract at Lawrence Berkeley National Lab, as set forth in the Indictment.

DATED: 8·30·18

_Victoria Hargrove_
Foreperson