IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEN TURNER,<br><br>    Defendant. | Case No. 17-cr-00175-CRB-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL** |

The Court, having reviewed the parties' briefs and having observed the trial in this case, and viewing the evidence in the light most favorable to the prosecution, hereby DENIES Defendant's motion for a judgment of acquittal (dkt. 294).

**IT IS SO ORDERED.**

Dated: November 9, 2018

_____
CHARLES R. BREYER
United States District Judge