ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MATTHEW YELOVICH (CABN 351330)
Deputy Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Andrew.Dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-0175 CRB |
| Plaintiff, | STIPULATION CONTINUING HEARING, EXCLUDING TIME, AND [PROPOSED] ORDER |
| v. | |
| LEN TURNER, | |
| Defendant. | |

The parties in this matter were previously set for a status conference on May 3, 2024. Per the government's request, the conference was continued to May 10, 2024. Defendant Turner's newly retained counsel is still in the process of reviewing the record in this matter, and the parties agree that an additional continuance and exclusion of time until that next hearing is appropriate for the effective preparation of counsel. Thus, the parties hereby stipulate and agree that time should be excluded between May 3, 2024 and May 10, 2024. An exclusion of time is appropriate for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding this time from computation under the Speedy Trial Act

//

//

STIPULATION EXCLUDING TIME AND [PROPOSED] ORDER
Case No. CR 17-0175 CRB

outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

      IT IS SO STIPULATED.

DATED: May 2, 2024

          /s/
ANDREW F. DAWSON
Assistant United States Attorneys

DATED: May 2, 2024

          /s/
SHAFFY MOEEL
Counsel for Defendant Len Turner

## [PROPOSED] ORDER

      For good cause shown, the Court finds that an exclusion of time under the Speedy Trial Act from May 3, 2024, through May 10, 2024, is appropriate for effective preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding that time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 3, 2024 through May 10, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

      IT IS SO ORDERED.

DATED: May 3, 2024

HON. CHARLES R. BREYER
United States District Judge

STIPULATION EXCLUDING TIME AND [PROPOSED] ORDER
Case No. CR   17-0175 CRB